IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT JONES                                                    PLAINTIFF

v.                          No. 4:19-cv-369-DPM

WESTERN SIZZLIN FRANCHISE
CORPORATION                                                    DEFENDANT

ORDER

The unopposed motion, № 6, is granted as specified. The parties entered into a franchise agreement, in which they agreed to arbitrate any monetary claim related to that agreement "in accordance with the rules of the American Arbitration Association...." № 7-1 at 48–49. Under those rules, the arbitrator has the power to decide questions of arbitrability. № 7-1 at 59. So whether the arbitration agreement applies to Jones's claims is a question for the arbitrator, not the Court. *Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63, 67–70 (2010); *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 139 S. Ct. 524, 529 (2019). This case is stayed and administratively terminated. *Green v. SuperShuttle International, Inc.*, 653 F.3d 766, 769–70 (8th Cir. 2011). Any party may move, in due course, to reopen and enforce any arbitral decision. 9 U.S.C. § 3. If no party requests action before 6 July 2020, the Court will lift the stay and dismiss this case without prejudice.

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

3 July 2019