IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SCOTT JONES                                                              PLAINTIFF

v.                           No. 4:19-cv-369-DPM

WESTERN SIZZLIN FRANCHISE
CORPORATION                                                              DEFENDANT

JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2020